No. 315. Ross v. UNITED STATES. Court of Claims. Certiorari denied. *Robert H. Myers* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Lee A. Jackson* and *Grant W. Wiprud* for the United States.

No. 318. SINASON TEICHER INTER AMERICAN GRAIN CORP. v. COMMODITY CREDIT CORP. C. A. 2d Cir. Certiorari denied. *Charles A. Ellis* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondent.

No. 320. HOWARD v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Russell Morton Brown* for petitioner.

No. 324. KENNEDY v. UNITED STATES; and
No. 325. MEYER ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Edward Bennett Williams* and *W. Sanders Gramling* for petitioner in No. 324. *W. G. Ward, Charles Bedell, George F. Gilleland* and *Harris B. Steinberg* for petitioners in No. 325. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 330. BALANCIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Morris Hirschhorn* for petitioner. *Solicitor General Rankin* for the United States.

No. 280, Misc. DARLING v. NEW YORK. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.